UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEEP, INC.,

              Plaintiff,

  - against -

BENTELER TRADING INTERNATIONAL AG, ET AL.,

             Defendants.

25-cv-7626 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, the defendants may file their motion to dismiss for insufficient service of process by **November 14, 2025**. The plaintiff's response is due **December 5, 2025**. The defendants may reply by **December 19, 2025**.

The Court will refer this case to Magistrate Judge Netburn for possible settlement.

SO ORDERED.

Dated:    New York, New York
            October 22, 2025

                                            John G. Koeltl
                                      United States District Judge