UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BEEP, INC.,

                            Plaintiff(s)

                                                                              25 civ 7626 (JGK)

            -against-

BENTELER TRADING INTERNATIONAL AG, et al.,
                            Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, January 7, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

                                                    _____
                                                    **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 9, 2025