UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEEP, INC.,

                Plaintiff,

    - against -

BENTELER TRADING INTERNATIONAL AG,
ET AL.,

                Defendants.

25-cv-7626 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by telephone, on **Thursday, January 15, 2026, at 3:00 p.m.,** for a conference in connection with the plaintiff's motion for an order compelling Defendant Benteler Trading International AG to file an answer or a motion to dismiss (ECF No. 41).

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           December 23, 2025

                               John G. Koeltl
                     United States District Judge