UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEEP, INC.,

                    Plaintiff,

        - against -

BENTELER TRADING INTERNATIONAL AG,
ET AL.,

                    Defendants.

25-cv-7626 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the time for defendant Benteler Trading International AG ("BTI") to respond to the complaint is extended to **February 20, 2026**. The time to respond to any motion is **March 11, 2026**. The time to reply is **March 23, 2026**.

The Clerk is respectfully requested to close ECF No. 41.

SO ORDERED.

Dated:    New York, New York
          January 15, 2026

                                          John G. Koeltl
                                  United States District Judge