**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

BEEP, INC.,

                                    Plaintiff,

                    -against-

BENTELER TRADING INTERNATIONAL
AG AND CAB HOLDING GMBH,

                                    Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/14/2026 __

25-CV-07626 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A discovery conference to discuss the parties' recent letter motions is scheduled for

Monday, May 18, at 2:00 p.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley

Square, New York, New York. If this date is unavailable for any party, they must contact

Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:         May 14, 2026
                    New York, New York