**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

BEEP, INC.,

                       **Plaintiff,**

        **-against-**

BENTELER TRADING INTERNATIONAL
AG AND CAB HOLDING GMBH,

                   **Defendants.**

------------------------------------------------------------------X

**25-CV-07626 (JGK)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties appeared for a discovery conference on Monday, May 18, 2026, to discuss their respective letter motions filed at ECF Nos. 66 and 69. For the reasons stated from the bench, the parties' requests are GRANTED in part and DENIED in part.

By Friday, May 29, 2026, the parties shall submit separate letters providing an update on the status of their respective document productions. To the extent a party is unable to substantially complete its document productions by May 29, 2026, the party shall propose a reasonable extension of the deadline for such completion.

The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 66 and 69.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 19, 2026
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:___ 5/19/2026