UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BEEP, INC.,

                                        Plaintiff,                          25-CV-07626 (JGK)(SN)

                        -against-                                            ORDER

BENTELER TRADING INTERNATIONAL
AG AND CAB HOLDING GMBH,

                                        Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The parties filed separate status letters on Friday, May 29, 2026, regarding the progress of their productions and any outstanding discovery disputes. See ECF Nos. 75, 76. It appears that the parties have not been able to fully discuss certain discovery issues prior to submitting their respective status letter. Accordingly, the parties are directed to continue the meet and confer process and, by Monday, June 8, 2026, are ORDERED to file separate response letters (not to exceed five pages) addressing the points raised in the opposing party's status letter.

Further, in their respective status letters, the parties indicated their willingness to participate in a settlement conference during the week of June 15, 2026. The Court is unavailable for a settlement conference that week. A settlement conference is scheduled for the Court's next available date on Thursday, June 25, 2026, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement

to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at

https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in

good-faith settlement negotiations before the settlement conference and preferably before the

submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which

are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Thursday,

June 18, 2026. Should the parties resolve the litigation before the conference date, they must

notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 2, 2026
            New York, New York

2