UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BEEP, INC.,

                               **Plaintiff,**

        -against-

BENTELER TRADING INTERNATIONAL
AG and CAB HOLDING GMBH,

                            **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 6/11/2026 __

25-CV-07626 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The discovery conference scheduled for Wednesday, June 17, 2026, is RESCHEDULED

for Thursday, June 25, at 11:00 a.m., in Courtroom 219, Thurgood Marshall Courthouse, 40

Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 11, 2026
              New York, New York