UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BEEP, INC.,

Plaintiff,

-against-

BENTELER TRADING INTERNATIONAL
AG AND CAB HOLDING GMBH,

Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/25/2026 ___

25-CV-07626 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On June 25, 2026, the parties appeared for a discovery conference to discuss the issues raised in their letters filed at ECF Nos. 75, 76, 80, and 81. As discussed during the conference, by no later than Friday, July 31, 2026, the parties are directed to meet and confer regarding a reasonable extension of the discovery schedule and are ordered to jointly file a proposed revised case management plan.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 25, 2026
            New York, New York